

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2023

No. 04-23-00221-CR

**IN RE** John Bernard **WILLIAMS**, III, Relator

Original Proceeding[1]

## ORDER

On March 8, 2023, relator filed a petition for writ of mandamus. After considering the petition and the attached exhibits, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 19, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CR6240, styled *The State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.